**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MADRIGAL, JOSE G. § Case No. 14-22004
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF THE COURT
        219 South Dearborn
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 05/29/2015 in Courtroom ,
        Joliet City Hall
        150 West Jefferson, 2nd Floor
        Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/05/2015                By: CLERK OF THE COURT

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
MADRIGAL, JOSE G.                   §      Case No. 14-22004
                                    §
        Debtor(s)                   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 13,525.00 |
| and approved disbursements of | $ | 1,140.43 |
| leaving a balance on hand of[1] | $ | 12,384.57 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou, Trustee | $ 2,102.50 | $ 0.00 | $ 2,102.50 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 101.99 | $ 0.00 | $ 101.99 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,204.49 |
| Remaining Balance | $ 10,180.08 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 52,111.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | MERRICK BANK | $ 1,361.76 | $ 0.00 | $ 266.02 |
| 000002 | Old Republic Insurance Company | $ 50,252.17 | $ 0.00 | $ 9,816.92 |
| 000003 | Synchrony Bank | $ 497.21 | $ 0.00 | $ 97.14 |
| | Total to be paid to timely general unsecured creditors | | $ | 10,180.08 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
                                              Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                        Northern District of Illinois
```

In re:                                                        Case No. 14-22004-BWB
Jose G. Madrigal                                              Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: cgreen              Page 1 of 2              Date Rcvd: May 06, 2015
                              Form ID: pdf006           Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2015.
```
db             Jose G. Madrigal,    1230 Wildflower Cir,    Shorewood, IL 60404-9535
22043721      +Advanced Physicians SC,    16101 Weber Rd,    Crest Hill, IL 60403-8813
22043722       Adventist Bolingbrook Hospital,    75 Remittance Dr Dept 6097,    Chicago, IL 60675-6097
22043723       Adventist Health Partners,    2001 Butterfield Rd Ste 920,    Downers Grove, IL 60515-5473
22043724       Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
22043725      +Chuck Bretz & Associates,    58 N Chicago St,    Joliet, IL 60432-4339
22043727      +Freedman, Anselmo, Lindberg, LLC,    1771 W Diehl Rd,    Naperville, IL 60563-1828
22043719       Madrigal Jose G,    1230 Wildflower Cir,    Shorewood, IL 60404-9535
22043731       Merchants Cr,    223 W Jackson Blvd Ste 400,    Chicago, IL 60606-6974
22043732       Merchants' Credit Guide Co.,    223 W Jackson Blvd,    Chicago, IL 60606-6914
22043735     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage,     350 Highland Dr,
                Lewisville, TX 75067-4177)
22528083      +Old Republic Insurance Co.,    C/O Republic Equity Credit Services, Inc,    307 N Michigan Ave,
                Chicago, IL 60601-5383
22043736      +Old Republic Insurance Company,    c/o Republic Equity Credit Serv,
                307 N Michigan Ave 15th Floor,    Chicago, IL 60601-5405
22043737     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,    PO Box 41067,
                Norfolk, VA 23541-1067)
22043738       Republic Equity Credit Services,    307 N Michigan Ave # 1300,    Chicago, IL 60601-5403
22043739       TCF Bank,    200 Lake St E,    Wayzata, MN 55391-1690
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22043726       E-mail/Text: clerical.department@yahoo.com May 07 2015 00:36:51      Creditors Collection B,
                PO Box 63,   Kankakee, IL 60901-0063
22043728       E-mail/PDF: gecsedi@recoverycorp.com May 07 2015 00:39:27      Gecrb/Blains Farm&Flee,   C/o,
                PO Box 965036,    Orlando, FL 32896-5036
22043729       E-mail/PDF: gecsedi@recoverycorp.com May 07 2015 00:39:36      Gemb/Walmart,   Attn: Bankruptcy,
                PO Box 103104,    Roswell, GA 30076-9104
22043730       E-mail/PDF: gecsedi@recoverycorp.com May 07 2015 00:39:26      General Electric Capital Corp,
                3135 Easton Tpke,    Fairfield, CT 06828-0002
22043720       E-mail/Text: mhedayat@mha-law.com May 07 2015 00:37:24      M Hedayat & Associates PC,
                1211 W Lakeview Ct,    Romeoville, IL 60446-6501
22330984       E-mail/Text: bkr@cardworks.com May 07 2015 00:36:44      MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
22043733       E-mail/Text: bkr@cardworks.com May 07 2015 00:36:44      Merrick Bk,   Attn: Bankruptcy,
                PO Box 9201,   Old Bethpage, NY 11804-9001
22637062       E-mail/PDF: gecsedi@recoverycorp.com May 07 2015 00:39:27      Synchrony Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
22043740       E-mail/Text: crwkflw@firstdata.com May 07 2015 00:38:25      TRS Recovery,   PO Box 17450,
                Denver, CO 80217-0450
                                                                                              TOTAL: 9
```
```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22043734     ##Midwest Family and Sports Medi,    1012 95th St # 8,    Naperville, IL 60564-5081
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2015                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: cgreen              Page 2 of 2              Date Rcvd: May 06, 2015
                              Form ID: pdf006           Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2015 at the address(es) listed below:
              Mazyar M Hedayat    on behalf of Debtor Jose G. Madrigal mhedayat@mha-law.com,
               tgiblin@mha-law.com;jgentile@mha-law.com;g1250@notify.cincompass.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net,
               met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
              Peter N Metrou    met.trustee7@att.net,   met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
                                                                                             TOTAL: 4
```