# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
§
MADRIGAL, JOSE G. § Case No. 14-22004
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 288,000.00         Assets Exempt: 4,100.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  10,180.08      Claims Discharged
                                                  Without Payment:  41,931.06

Total Expenses of Administration:  3,344.92

---

3) Total gross receipts of $ 13,525.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 13,525.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,344.92 | 3,344.92 | 3,344.92 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 52,111.14 | 52,111.14 | 10,180.08 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 55,456.06 | $ 55,456.06 | $ 13,525.00 |

4) This case was originally filed under chapter 7 on 06/12/2014 . The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/09/2015                By: /s/Peter N. Metrou, Trustee
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| NuMark Credit Union checking and savings | 1129-000 | 4,775.00 |
| 2006 Harley Davidson Dynawide glide, 10,000 miles, | 1129-000 | 8,750.00 |
| TOTAL GROSS RECEIPTS | | $ 13,525.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | 2100-000 | NA | 2,102.50 | 2,102.50 | 2,102.50 |
| PETER N METROU | 2200-000 | NA | 101.99 | 101.99 | 101.99 |
| Associated Bank | 2600-000 | NA | 83.55 | 83.55 | 83.55 |
| AMERICAN AUCTION | 3610-000 | NA | 1,056.88 | 1,056.88 | 1,056.88 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,344.92 | $ 3,344.92 | $ 3,344.92 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | MERRICK BANK | 7100-000 | NA | 1,361.76 | 1,361.76 | 266.02 |
| 000002 | OLD REPUBLIC INSURANCE COMPANY | 7100-000 | NA | 50,252.17 | 50,252.17 | 9,816.92 |
| 000003 | SYNCHRONY BANK | 7100-000 | NA | 497.21 | 497.21 | 97.14 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 52,111.14 | $ 52,111.14 | $ 10,180.08 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 14-22004 | BWB | Judge: BRUCE W. BLACK | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | MADRIGAL, JOSE G. | | | | Date Filed (f) or Converted (c): | 06/12/14 (f) |
| | | | | | 341(a) Meeting Date: | 07/28/14 |
| For Period Ending: | 07/09/15 | | | | Claims Bar Date: | 11/26/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. cash on hand | 75.00 | 0.00 | | 0.00 | FA |
| 2. NuMark Credit Union checking and savings | 8,700.00 | 0.00 | | 4,775.00 | FA |
| 3. household goods, tv, pc | 200.00 | 0.00 | | 0.00 | FA |
| 4. clothes | 100.00 | 0.00 | | 0.00 | FA |
| 5. exercise equipment | 800.00 | 0.00 | | 0.00 | FA |
| 6. Laborers Pension Fund | Unknown | 0.00 | | 0.00 | FA |
| 7. 2006 Harley Davidson Dynawide glide, 10,000 miles, | 7,000.00 | 0.00 | | 8,750.00 | FA |
| 8. 2014 DODGE TRUCK Ram 1500 Pickup-V8 Crew Cab Expre | 38,000.00 | 0.00 | | 0.00 | FA |
| 9. RESIDENCE 2200 Olde Mill Rd, Plainfield | 249,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $303,875.00 | $0.00 | | $13,525.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Auction held, turnover of bank account funds. Investigation of possible preferential transfers.

Initial Projected Date of Final Report (TFR): 09/01/14     Current Projected Date of Final Report (TFR): 03/31/15

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

Ver: 18.04

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-22004 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | MADRIGAL, JOSE G. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5132 Checking Account |
| Taxpayer ID No: | *******3595 | | |
| For Period Ending: | 07/09/15 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/18/14 | 2 | NuMark Credit Union<br>FBO Jose G. Madrigal<br>1654 Terry Drive<br>Joliet, IL 60434 | Bank Account/non exempt | 1129-000 | 4,775.00 | | 4,775.00 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,765.00 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,755.00 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,745.00 |
| 12/12/14 | 7 | American Auction Associates, Inc.<br>508 West Brittany Drive<br>Arlington Heights, IL 60004 | Proceeds from auction | 1129-000 | 8,750.00 | | 13,495.00 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 15.44 | 13,479.56 |
| 01/20/15 | 005001 | American Auction Associates, Inc.<br>851 S. Thomas Avenue<br>Bridgeview, IL 70455 | Per 1-9-15 o/c Auctioneer fees | 3610-000 | | 1,056.88 | 12,422.68 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 20.04 | 12,402.64 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 18.07 | 12,384.57 |
| 06/02/15 | 005002 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL 60543 | Chapter 7 Compensation/Expense | | | 2,204.49 | 10,180.08 |
| | | | Fees        2,102.50 | 2100-000 | | | |
| | | | Expenses       101.99 | 2200-000 | | | |
| 06/02/15 | 005003 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Claim 000001, Payment 19.53501% | 7100-000 | | 266.02 | 9,914.06 |
| 06/02/15 | 005004 | Old Republic Insurance Company<br>c/o Republic Equity Credit Serv | Claim 000002, Payment 19.53532% | 7100-000 | | 9,816.92 | 97.14 |

Page Subtotals    13,525.00    13,427.86

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 14-22004 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | MADRIGAL, JOSE G. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5132  Checking Account |
| Taxpayer ID No: | *******3595 | | |
| For Period Ending: | 07/09/15 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/02/15 | 005005 | 307 N Michigan Ave 15th Floor<br>Chicago, IL 60601<br>Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000003, Payment 19.53702% | 7100-000 | | 97.14 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 13,525.00 | 13,525.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 13,525.00 | 13,525.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 13,525.00 | 13,525.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********5132 | 13,525.00 | 13,525.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 13,525.00 | 13,525.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    97.14

Ver: 18.04